IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CASE NO. 08-04928 ESL

ROBERTO ROSA ADORNO

Chapter 13

XXX-XX-0487

FILED & ENTERED ON 09/23/2011

Debtor(s)

ORDER

The motion filed by TRUSTEE requesting to vacate and set aside the order dismissing case as debtor is complying with the payment plan (docket #44) is hereby granted.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 23 day of September, 2011.

Enrique S. Lamoutte Inclan
U.S. Bankruptcy Judge

CC: DEBTOR(S)
MARILYN VALDES ORTEGA
JOSE RAMON CARRION MORALES